USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/21/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

IN RE ADELPHIA COMMUNICATIONS CORPORATION SECURITIES AND DERIVATIVE LITIGATION :

---------------------------------------------------------------------- X

THIS DOCUMENT RELATES TO:

*Island Partners, et al. v. Deloitte & Touche LLP* (05cv2770) :

---------------------------------------------------------------------- X

05 Civ. 2770 (JMF)
03 MDL 1529 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On February 19, 2014, Plaintiffs filed a motion seeking leave to amend the complaint and replead their claim for breach of contract. (05 Civ. 2770, Docket No. 54). Defendant shall file its opposition to this motion by **February 27, 2014**. Any reply shall be due **March 3, 2014**.

SO ORDERED.

Dated: February 20, 2014
New York, New York

JESSE M. FURMAN
United States District Judge