

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
www.dlapiper.com

Timothy E. Hoeffner
timothy.hoeffner@dlapiper.com
T  212.335.4841
F  212.884.8551

February 24, 2014

<u>VIA ECF</u>

Honorable Jesse M. Furman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 630
New York, NY 10007

Re:   Island Partners, et al. v. Deloitte & Touche, LLP, 1:05-cv-02770 (JMF)
      In re Adelphia Communications Corp. Securities & Derivative Litigation, 1:03-md-01529
      (JMF)

Dear Judge Furman:

We represent Deloitte & Touche, LLP ("Deloitte") in the above-captioned action.  Enclosed please find a stipulation and proposed order to permit Deloitte to depose John Rigas and Timothy Rigas (collectively, "the Rigases") who are each confined in prison.

John Rigas and Timothy Rigas were owners, officers and/or directors of each of  Adelphia Communications Corporation, Highland Holdings, GP, Highland Preferred Communications 2001, LLC, Highland Prestige Georgia, Inc., Highland Video Associates, LP, Hilton Head Communications, LP and Coudersport Television Cable Company at all times relevant in this action and have intimate knowledge of the events and circumstances alleged in this case.  The Rigases are incarcerated at FCI Allenwood in White Deer, Pennsylvania, as a result of their criminal convictions which were upheld in *United States v. Rigas*, 490 F.3d 208 (2d. Cir. 2007).

Because the Rigases are incarcerated, leave of court is required before they may be deposed.  *See* Fed. R. Civ. P. 30(a)(2)(B).  As set forth in the attached stipulation and proposed order, plaintiffs and Deloitte have agreed that Deloitte is permitted to depose John and Timothy Rigas on March 7 and February 28, 2014, respectively.

Respectfully Submitted,

DLA Piper LLP (US)

*[signature]*

Timothy E. Hoeffner

EAST\66806892.2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ADELPHIA COMMUNICATIONS CORPORATION SECURITIES AND DERIVATIVE LITIGATION | 03 MDL 1529 (JMF) |
| This Document Relates To: *Island Partners, et al. v. Deloitte & Touche LLP* (05-CV-2770) | STIPULATION |

## STIPULATION AND PROPOSED ORDER TO DEPOSE INCARCERATED PLAINTIFFS

**WHEREAS** John Rigas is an individual incarcerated at FCI-Allenwood in White Deer, Pennsylvania

**WHEREAS** Timothy Rigas is an individual incarcerated at FCI-Allenwood in White Deer, Pennsylvania.

**WHEREAS** Deloitte & Touche LLP ("Deloitte") intends to depose John and Timothy Rigas (collectively "the Rigases") because of their knowledge of events and circumstances alleged in the Complaint.

**WHEREAS** Federal Rule of Civil Procedure 30(a)(2)(B) requires leave of the court to take the Rigases depositions because they are incarcerated. *See* Fed. R. Civ. P. 30(a)(2)(B).

EAST\66787545.1

NOW THEREFORE, the parties agree and stipulate that Deloitte is permitted to take the deposition testimony of the Rigases.

STIPULATED BY:

*/s/ Christie Comerford*

Lawrence G. McMichael
Christie Callahan Comerford
DILWORTH PAXSON LLP
1500 Market Street
Suite 3500 E
Philadelphia, PA 19102
T: 215-575-7000
F: 215-575-7200
Attorneys for Plaintiffs

Dated: 2-20-14

*/s/ Timothy Hoeffner*

Timothy E. Hoeffner
Courtney G. Saleski
DLA PIPER US LLP
1251 Avenue of Americas
New York, NY 10020-1104

T: 212-335-4500
T: 212-335-4501

James E. Canning
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
*Attorneys for Defendant*

Dated: February 18, 2014

**SO ORDERED AND APPROVED:**

Dated: New York, New York
       February ____, 2014

---

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York