DLA PIPER

**DLA Piper** LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Timothy E. Hoeffner
timothy.hoeffner@dlapiper.com
T 212.335.4841
F 212.884.8551

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 03/04/2014

March 4, 2014

*VIA ECF*

Honorable Jesse M. Furman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 630
New York, NY 10007

Re: **Island Partners, et al. v. Deloitte & Touche, LLP, 1:05-cv-02770 (JMF)**
**In re Adelphia Communications Corp. Securities & Derivative Litigation, 1:03-md-01529 (JMF)**

Dear Judge Furman:

On behalf of Deloitte & Touche LLP ("Deloitte"), I write to request rescheduling of the pretrial conference currently scheduled for March 11, 2014, at 3:30 p.m. in the above-captioned action. Due to a scheduling conflict, my presence is required in Washington, D.C. for meetings with regulators during March 11 through 14. Plaintiffs' counsel has agreed to reschedule the conference. If Your Honor is amenable, all counsel are available at the Court's convenience anytime on March 10 or 17, 2014, or before noon on March 18, 2014.

Respectfully Submitted,

**DLA Piper LLP (US)**

Timothy Hoeffner

Timothy E. Hoeffner

Application GRANTED. The conference is RESCHEDULED for March 10, 2014, at 3:15 p.m. The Clerk of Court is directed to terminate Docket No. 873 in 03md1529 and Docket No. 67 in 05cv2770.

SO ORDERED.

March 4, 2014