Dilworth Paxson LLP

DIRECT DIAL NUMBER:
(215) 575-7187

Christie Callahan Comerford
ccomerford@dilworthlaw.com

March 5, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:____________
DATE FILED: 03/06/2014

**VIA ECF**
The Honorable Jesse M. Furman
United States District Court for the
Southern District of New York
U.S. Courthouse, 40 Foley Square
New York, NY 10007

RE: *In re Adelphia Comm'c Corp. Sec. & Derivative Litig.*, No. 03 MDL 1529 (JMF)
This document relates to: *Island Partners, et al. v. Deloitte & Touche LLP*,
No. 05-cv-2770 (JMF)
Joint Letter Motion for Informal Conference pursuant to Local Rule 37.2

Dear Judge Furman:

We represent Plaintiffs James Rigas and related entities in the above-captioned matter. We submit this letter jointly with Defendant Deloitte & Touche LLP ("Deloitte") to request a Local Rule 37.2 conference for a limited extension of the discovery deadline of March 7, 2014.

The parties jointly request relief to conduct two depositions after the deadline. First, John Tracy, one of the witnesses subpoenaed by the Plaintiffs for deposition tomorrow, March 6, 2014, has recently retained new counsel, who is not available on that date. Counsel for Mr. Tracy and the parties have agreed to reschedule that deposition to the afternoon of Wednesday, March 12, 2014 subject to the Court's permission. Second, counsel for Deloitte has recently served a subpoena on Richard Owens, one of the prosecuting attorneys in the Rigas criminal trial. Mr. Owens has advised that he is unable to be deposed prior to the discovery deadline and needs to consult with the United States Attorney's Office for the Southern District of New York. Although the parties do not yet have an alternative date for that deposition, taking this deposition outside of the time frame will not affect other deadlines.

Respectfully,

/s/ Christie Callahan Comerford

Christie Callahan Comerford

cc: Timothy E. Hoeffner, Esq.
James E. Canning, Esq.
John E. Riley, Esq.

Application GRANTED. All other dates and deadlines remain in effect. The Clerk of Court is directed to terminate DE #875 in 03md1529 and DE #69 in 05cv2770.
SO ORDERED.

March 5, 2014