USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/11/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ADELPHIA COMMUNICATIONS CORPORATION SECURITIES AND DERIVATIVE LITIGATION

05 Civ. 2770 (JMF)
03 MDL 1529 (JMF)

THIS DOCUMENT RELATES TO:

*Island Partners, et al. v. Deloitte & Touche LLP* (05cv2770)

ORDER

JESSE M. FURMAN, United States District Judge:

As stated on the record at the conference held on March 10, 2014, it is hereby

ORDERED that:

1. Plaintiffs are granted leave to take the depositions of each of the four witnesses referenced in their February 24, 2014 letter motion (Docket No. 61, 05 Civ. 2770) no later than the earlier of (1) **April 28, 2014**; or (2) **two weeks** after any court grants Plaintiffs' motion to compel that witness's testimony. **Plaintiffs shall immediately advise the courts hearing those motions to compel of this Order**;

2. Defendant shall file its motion for summary judgment by **March 31, 2014**; Plaintiffs' opposition to that motion is due **April 28, 2014**, and Defendant's reply, if any, is due **May 19, 2014**;

3. Plaintiffs' motion for leave to amend the Complaint (Docket No. 54, 05 Civ. 2770) is GRANTED without prejudice to Defendant raising the arguments that it asserted in its opposition papers in its motion for summary judgment;

4. Plaintiffs shall serve their expert reports by **April 28, 2014**; Defendant shall serve its expert reports by **May 30, 2014**; and Plaintiffs shall serve their expert rebuttal reports by **June 16, 2014**;

5. Depositions of all expert witnesses shall be completed by **July 16, 2014**;

6. Plaintiffs shall file any motion for summary judgment by **July 30, 2014**, Defendant's opposition to any such motion is due **August 13, 2014**, and Plaintiffs' reply, if any, shall be filed by **August 20, 2014**.

The Clerk of the Court is directed to terminate Docket Nos. 54 and 61 in 05 Civ. 2770, and Docket No. 870 in 03 MDL 1529.

SO ORDERED.

Dated: March 11, 2014
New York, New York

JESSE M. FURMAN
United States District Judge