**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ADELPHIA COMMUNICATIONS CORPORATION SECURITIES AND DERIVATIVE LITIGATION | 03 MDL 1529 (JMF) |
| This Document Relates To: *Island Partners, et al. v. Deloitte & Touche LLP* (05-CV-2770) | |

**NOTICE OF DEFENDANT DELOITTE & TOUCHE LLP'S**
**MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendant Deloitte & Touche LLP ("Deloitte") will and hereby does move this Court, at the Courthouse for the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at such date and time as the Court may direct, for an order granting summary judgment on all of the claims asserted against it in the second amended complaint in this action and granting Deloitte such other and further relief as the Court may deem just and proper.

Pursuant to Local Rule 56.1, Deloitte annexes hereto its Local Rule 56.1 Statement of Facts. In support of this motion, Deloitte relies upon the accompanying memorandum of law, the Declaration of Timothy E. Hoeffner dated March 31, 2014, and its exhibits, and all further filings and proceedings had in this action.

Dated: New York, New York
March 31, 2014

By: /s/ Timothy E. Hoeffner

Timothy E. Hoeffner
**DLA Piper LLP (US)**
1251 Avenue of the Americas
New York, NY 10022
P: 212.335.4500
F: 212.335.4501
timothy.hoeffner@dlapiper.com

Courtney G. Saleski
**DLA Piper LLP (US)**
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103

James E. Canning
**Cravath, Swaine & Moore LLP**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

*Attorneys for Defendant*
*Deloitte & Touche LLP*

**CERTIFICATE OF SERVICE**

I hereby certify that I am one of the attorneys for Deloitte & Touche LLP in this action and that, on March 31, 2014, I caused a copy of the foregoing to be filed with the Court's ECF system, which will cause notice of its filing to be served electronically upon all counsel who have appeared in this action.

/s/ Timothy E. Hoeffner
Timothy E. Hoeffner