USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:__________
DATE FILED: 09/18/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X

IN RE ADELPHIA COMMUNICATIONS CORPORATION SECURITIES AND DERIVATIVE LITIGATION

---------------------------------------------------------------------- X

03-MD-1529 (JMF)

THIS DOCUMENT RELATES TO:

ORDER

*Island Partners, et al. v. Deloitte & Touche LLP* (05cv2770)
---------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

On March, 31, 2014, Defendant filed a motion for summary judgment. (Docket No. 73). Upon reviewing Defendant's motion and the parties' memoranda of law, the Court believes that resolution of Defendant's *in pari delicto* argument may turn, in part, on whether John Rigas was acting in the course of his capacity as representative and sole-shareholder of Coudersport Cable Television Company when performing the actions for which he was convicted. *See Official Comm. of Unsecured Creditors v. R.F. Lafferty & Co.*, 267 F.3d 340, 358 (3d Cir. 2001). The parties' filings, however, do not discuss this question in detail.

Accordingly, Defendant shall file a supplemental memorandum of law, not to exceed ten pages, addressing this issue no later than **September 29, 2014.** Plaintiffs shall file a response, not to exceed ten pages, within **one week** of Defendant's memorandum.

SO ORDERED.

Dated: September 18, 2014
New York, New York

JESSE M. FURMAN
United States District Judge