USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/29/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- X

IN RE ADELPHIA COMMUNICATIONS CORPORATION SECURITIES AND DERIVATIVE LITIGATION

----------------------------------------------------------------------- X

03-MDL-1529 (JMF)

THIS DOCUMENT RELATES TO:

*Island Partners, et al. v. Deloitte & Touche LLP*
(05-CV-2770)

----------------------------------------------------------------------- X

ORDER

JESSE M. FURMAN, United States District Judge:

On December 10, 2014, the Court granted in part and denied in part in Defendant's motion for summary judgment. (Docket No. 96). The Court gave the parties until December 24, 2014, to show good cause in writing why the case should not be remanded to the Pennsylvania Court of Common Pleas of Philadelphia County. On December 23, 2014, Plaintiffs' filed a motion for reconsideration of the Court's December 10, 2014 Opinion and Order. (Docket No. 97). Defendants SHALL file any opposition to Plaintiffs' motion no later than **January 11, 2015**; Plaintiffs' reply, if any, shall be filed no later than **January 18, 2015**. Pending resolution of Plaintiffs' motion, the Court will refrain from remanding the case.

SO ORDERED.

Date: December 29, 2014
New York, New York

JESSE M. FURMAN
United States District Judge